**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISION OFFICE**

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 13** |
| **Alice Gwendolyn Woods**<br>**aka A G Woods**<br>**aka Gwendolyn Winters-Woods**<br>**fka A Gwendolyn Winters** | **CASE NO: 20-00647-JAW**<br><br>**JUDGE: Jamie A Wilson** |
| **DEBTORS** | |

## RESPONSE TO NOTICE OF MOTION FOR AN ORDER DECLARING PHH MORTGAGE CORPORATION (B)(5) CLAIM DEFAULTS CURED PURSUANT TO THE AMENDED PROOF OF CLAIM FILED ON MAY 19, 2020

Now comes the secured creditor, Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 ("Creditor"), by counsel, and hereby responds to the notice of motion for an order declaring PHH Mortgage Corporation (B)(5) claim defaults cures pursuant to the amended proof of claim on May19, 2020, filed by the Debtor regarding the mortgage on 1053 Cherry Stone Circle, Clinton, MS 39056.  As of the date of filing this response, the mortgage in question is due for March 1, 2025.

WHEREFORE, Creditor agrees that the mortgage is current, but with outstanding post-petition fees due for March 1, 2025, in the amount of $1650.00.

Respectfully Submitted,

_/s/ Eric C. Miller_____
LOGS Legal Group LLP
Eric C. Miller, MSB# 102327
579 Lakeland East Dr., Suite D
Flowood, MS 39232
Phone: (601) 981-9299
Fax: (601) 98/1-9288
Email: logsecf@logs.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

Joseph Rodney Franks, The Franks Law Firm, PLLC
401 East Capitol St., Suite 210 A, Jackson MS 39157
jfranjs@thefrankslawfirm.com


Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Suite 400, Jackson, MS 39201
tpm@tpmartinch13.com

and by first class addressed to:

Alice Gwendolyn Woods
 1053 Cherry Stone Circle
 Clinton, MS 39056

                                               _/s/ Eric C. Miller_____
                                               LOGS Legal Group LLP
                                               Christopher G. Phillips 0074249
                                               Matthew Murtland 0088290
                                               Tamara Gurchik 0090798
                                               Brian Tekulve 102063
                                               4805 Montgomery Road, Suite 320
                                               Norwood, OH 45212
                                               Phone: (513) 396-8100
                                               Fax: (847) 627-8805
                                               Email: logsecf@logs.com