United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-00647-JAW |
| Alice Gwendolyn Woods | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 09, 2025 | Form ID: hn001jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alice Gwendolyn Woods, 1053 Cherry Stone Circle, Clinton, MS 39056-2027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor Wells Fargo Bank N.A msbankruptcy@logs.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A logsecf@logs.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| Eric C Miller | on behalf of Creditor PHH Mortgage Corporation as servicer for Wells Fargo Bank N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| J. Gary Massey | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: hn001jaw | Total Noticed: 1 |

on behalf of Creditor Wells Fargo Bank  N.A MSBankruptcy@LOGS.com

Joseph Rodney Franks

on behalf of Debtor Alice Gwendolyn Woods jfranks@thefrankslawfirm.com  cmcdonald@thefrankslawfirm.com

Thomas Carl Rollins, Jr

on behalf of Debtor Alice Gwendolyn Woods trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10

Form hn001jaw (07/21)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Alice Gwendolyn Woods                                      **CASE NO. 20−00647−JAW**

         **DEBTOR.**                                                             **CHAPTER 13**

## NOTICE OF HEARING

    The Trustee has filed a Motion for an Order Declaring, PHH Mortgage Corporation 1322(B)(5) Claim Defaults Cured Pursuant to the Amended Proof of Claim filed on May 19, 2020 (the "Motion") (Dkt. #80) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") April 28, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and the Response filed by Wells Fargo Bank, N.A. (Dkt. #83).

    If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

    Dated: 4/9/25                                                     Danny L. Miller, Clerk of Court
                                                                         U.S. Bankruptcy Court
                                                                         Thad Cochran U.S. Courthouse
                                                                         501 E. Court Street
                                                                         Suite 2.300
                                                                         Jackson, MS 39201
                                                                         601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Alice Gwendolyn Woods, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

Eric C. Miller, Esq., Counsel for the Respondent