_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: April 25, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **ALICE GWENDOLYN WOODS,**                        **CASE NO. 20-00647-JAW**

    **DEBTOR.**                                                                       **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Trustee's Motion for an Order Declaring, PHH Mortgage Corporation 1322(B)(5) Claim Defaults Cured Pursuant to the Amended Proof of Claim field on May 19, 2020 filed by Torri Parker Martin, Trustee, (the "Motion") (Dkt. #80) and the Response filed by Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 ("Response") (Dkt. #83). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 28, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for May 19, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693