_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 15, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
MISSISSIPPI

IN THE MATTER OF:                                                           CHAPTER 13:

ALICE GWENDOLYN WOODS                                          CASE NO. 20-00647 JAW

<u>**AGREED ORDER
GRANTING TRUSTEE'S MOTION TO DECLARE CLAIM DEFAULTS
CURRENT FOR PHH MORTGAGE CORPORATION AS SERVICER FOR
WELLS FARGO BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES,
INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2**</u>

**THIS MATTER** came before the Court on the Trustee's Motion to Declare Claim Defaults Current for PHH Mortgage Corporation as servicer for Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 Rocket Mortgage, LLC f/k/a Quicken Loans, LLC (hereinafter "PHH Mortgage Corporation") (Docket #80) and the Response for PHH Mortgage Corporation (Docket #83). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Declare Claim Defaults Current is granted as to the property located at *1053 Cherry Stone Circle, Clinton, MS 39056.*

**IT IS FURTHER ORDERED** that the Debtor's mortgage balance is declared current as of March 2025 and all arrearage amounts due have been satisfied and all

defaults have been cured via the Chapter 13 Plan and were paid as required by the Plan and the PHH Mortgage Corporation/Creditor's proof of claim (Claim 6-1, 6-2) filed in the case.

**IT IS FURTHER ORDERED** that the Debtor is responsible for the ongoing monthly mortgage payments commencing April 2025 according to the Notice of Mortgage Payment Change at Docket #82 and Post-Petition Fees, in the amount of $1,650.00, are to be paid directly to PHH Mortgage Corporation. The Debtor shall submit additional funds directly to PHH Mortgage Corporation each month to be applied towards satisfying the Post-Petition Fees, in the amount of $1,650.00.

#END OF ORDER#

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Eric C. Miller
**Eric C. Miller, MSB#102327**
William Savage, #105785
Wilkin Hensarling, #106551
LOGS LEGAL GROUP, LLP
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Office: 601-981-9299
Email: logsecf@logs.com

**DEBTOR'S COUNSEL**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com