United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-00647-JAW |
| Alice Gwendolyn Woods | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alice Gwendolyn Woods, 1053 Cherry Stone Circle, Clinton, MS 39056-2027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor Wells Fargo Bank  N.A msbankruptcy@logs.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov  jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A logsecf@logs.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| Eric C Miller | on behalf of Creditor PHH Mortgage Corporation as servicer for Wells Fargo Bank  N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| J. Gary Massey | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Wells Fargo Bank  N.A MSBankruptcy@LOGS.com

Joseph Rodney Franks

on behalf of Debtor Alice Gwendolyn Woods jfranks@thefrankslawfirm.com  cmcdonald@thefrankslawfirm.com

Thomas Carl Rollins, Jr

on behalf of Debtor Alice Gwendolyn Woods trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10

_____



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13:

ALICE GWENDOLYN WOODS                              CASE NO. 20-00647 JAW

**AGREED ORDER
GRANTING TRUSTEE'S MOTION TO DECLARE CLAIM DEFAULTS
CURRENT FOR PHH MORTGAGE CORPORATION AS SERVICER FOR
WELLS FARGO BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES,
INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2**

**THIS MATTER** came before the Court on the Trustee's Motion to Declare Claim Defaults Current for PHH Mortgage Corporation as servicer for Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 Rocket Mortgage, LLC f/k/a Quicken Loans, LLC (hereinafter "PHH Mortgage Corporation") (Docket #80) and the Response for PHH Mortgage Corporation (Docket #83). Thus, having considered the matters and finding the parties in agreement, the Court finds the Trustee's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Declare Claim Defaults Current is granted as to the property located at *1053 Cherry Stone Circle, Clinton, MS 39056.*

**IT IS FURTHER ORDERED** that the Debtor's mortgage balance is declared current as of March 2025 and all arrearage amounts due have been satisfied and all

defaults have been cured via the Chapter 13 Plan and were paid as required by the Plan and the PHH Mortgage Corporation/Creditor's proof of claim (Claim 6-1, 6-2) filed in the case.

      **IT IS FURTHER ORDERED** that the Debtor is responsible for the ongoing monthly mortgage payments commencing April 2025 according to the Notice of Mortgage Payment Change at Docket #82 and Post-Petition Fees, in the amount of $1,650.00, are to be paid directly to PHH Mortgage Corporation. The Debtor shall submit additional funds directly to PHH Mortgage Corporation each month to be applied towards satisfying the Post-Petition Fees, in the amount of $1,650.00.

#END OF ORDER#

| SUBMITTED BY: | DEBTOR'S COUNSEL |
|---|---|
| /s/ Semoune Ellis | Thomas C. Rollins, Jr. |
| Semoune Ellis, MSB#105303 | /s/ |
| Staff Attorney for | Thomas C. Rollins, Jr., MSB# 103469 |
| Standing Chapter Thirteen Trustee | The Rollins Law Firm, PLLC |
| Torri Parker Martin, MSB #103938 | P.O. Box 13767 |
| 200 North Congress Street, Suite 400 | Jackson, MS 39236 |
| Jackson, MS 39201 | Office: 601-500-5533 |
| Office: (601) 981-9100 | Email: trollins@therollinsfirm.com |
| Email: sellis@tpmartinch13.com | |

**AGREED BY:**

/s/ Eric C. Miller
**Eric C. Miller, MSB#102327**
William Savage, #105785
Wilkin Hensarling, #106551
LOGS LEGAL GROUP, LLP
1080River Oaks Drive, Suite B-202
Flowood, MS 39232
Office: 601-981-9299
Email: logsecf@logs.com