# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Alice Gwendolyn Woods, Debtor          Case No. 20-00647-JAW
                                                   Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Alice Gwendolyn Woods                            08-16-2025
          Alice Gwendolyn Woods                                         Date

          /s/ Thomas C. Rollins, Jr.                             08-16-2025
          Thomas C. Rollins, Jr., MS Bar No. 103469                Date
          Attorney for the Debtor
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

On August 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ALICE GWENDOLYN WOODS | CASE NO: 20-00647<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/18/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ALICE GWENDOLYN WOODS | CASE NO: 20-00647<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/18/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/18/2025

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      AMERICREDIT FINANCIAL SERVICES  INC DBA   PHH MORTGAGE CORPORATION
NCRS ADDRESS DOWNLOAD                  GM                                        PO BOX 24605
CASE 20-00647                          DBA GM FINANCIAL                          WEST PALM BEACH  FL 33416-4605
SOUTHERN DISTRICT OF MISSISSIPPI       PO BOX 183853
MON AUG 18 7-55-31 PST 2025            ARLINGTON  TX 76096-3853


                                       EXCLUDE
PHH MORTGAGE CORPORATION               (U)PHH MORTGAGE CORPORATION AS SERVICER  WELLS FARGO BANK  NA
ATTN BANKRUPTCY DEPARTMENT  PO BOX 2460 FOR WEL                                  SHAPIRO  BROWN LLC
WEST PALM BEACH  FL 33416-4605                                                   1080 RIVER OAKS DRIVE
                                                                                 SUITE B-202
                                                                                 FLOWOOD  MS 39232-7603


                                       EXCLUDE
WELLS FARGO BANK  NA  AS TRUSTEE FOR   US BANKRUPTCY COURT                       ASHLEY FUNDING SERVICES  LLC
PARK                                   THAD COCHRAN US COURTHOUSE                RESURGENT CAPITAL SERVICES
CO SHAPIRO  BROWN  LLP                 501 E COURT STREET                        PO BOX 10587
1080 RIVER OAKS DRIVE                  SUITE 2300                                GREENVILLE  SC 29603-0587
SUITE B-202                            JACKSON  MS 39201-5036
FLOWOOD  MS 39232-7603


BRADLEY P JONES                        CAPITAL ONE                               FEDLOAN SERVICING
SHAPIRO  BROWN  LLC ATTORNEY FOR       PO BOX 60599                              POB 60610
WELLS FARGO BANK  NA                   CITY OF INDUS  CA 91716-0599              HARRISBURG  PA 17106-0610
1080 RIVER OAKS DRIVE  SUITE B-202
FLOWOOD  MS 39232-7603


GM FINANCIAL                           (P)HALSTED FINANCIAL SERVICES  LLC        LVNV FUNDING
PO BOX 181145                          PO BOX 828                                2810 SOUTHAMPTON RD
ARLINGTON  TX 76096-1145               SKOKIE IL 60076-0828                      PHILADELPHIA  PA 19154-1207


LVNV FUNDING  LLC                      MIRAMED REVENUE GROUP                     MISSISSIPPI PUBLIC EMPLOYEES CREDIT
RESURGENT CAPITAL SERVICES             360 E 22ND STREET                         UNION
PO BOX 10587                           LOMBARD  IL 60148-4924                    MS PUBLIC EMPLOYEES CU
GREENVILLE  SC 29603-0587                                                        613 S WEST ST
                                                                                 JACKSON  MS 39201-5506


PHH MORTGAGE SERVICE                   SRA                                       SANTANDER CONSUMER USA INC
1 MORTGAGE WAY                         1456 ELLIS AVE                            1601 ELM ST
MOUNT LAUREL  NJ 08054-4624            JACKSON  MS 39204-2204                    STE 800
                                                                                 DALLAS  TX 75201-7260


SHAPIRO  BROWN  LLC                    SMITH ROUCHON                             TRICOUNTY PULMONARY
1080 RIVER OAKS DR                     1456 ELLIS AVE                            2506 LAKELAND DR
STE B-202                              JACKSON  MS 39204-2204                    FLOWOOD  MS 39232-7640
FLOWOOD  MS 39232-7603


                                       EXCLUDE
UMMC                                   UNITED STATES TRUSTEE                     WELLS FARGO BANK  NA  AS TRUSTEE FOR
PO BOX 3488                            501 EAST COURT STREET                     PARK
DEPT 05-077                            SUITE 6-430                               PLACE SECURITIES  INC ASSETBACKED
TUPELO  MS 38803-3488                  JACKSON  MS 39201-5022                    PHH MORTGAGE ATTNBANKRUPTCY DEPARTMENT
                                                                                 PO BOX 24605
                                                                                 WEST PALM BEACH FL 33416-4605
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | DEBTOR | |
|---|---|---|
| WELLS FARGO BANK  NA  AS TRUSTEE FOR PARK<br>PHH MORTGAGE  ATTN BANKRUPTCY DEPARTMEN<br>PO BOX 24605<br>WEST PALM BEACH  FL 33416-4605 | ALICE GWENDOLYN WOODS<br>1053 CHERRY STONE CIRCLE<br>CLINTON  MS 39056-2027 | JOSEPH R FRANKS<br>460 BRIARWOOD DR  SUITE 505<br>JACKSON  MS 39206-3057 |
| JOSEPH RODNEY FRANKS<br>THE FRANKS LAW FIRM  PLLC<br>401 EAST CAPITOL ST<br>SUITE 210 A<br>JACKSON  MS 39201-2682 | S EVERETT PEPPER<br>460 BRIARWOOD DR SUITE 420<br>JACKSON  MS 39206-3051 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |

EXCLUDE
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~