United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-00647-JAW
Alice Gwendolyn Woods Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Sep 15, 2025      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alice Gwendolyn Woods, 1053 Cherry Stone Circle, Clinton, MS 39056-2027 |
| sp | + | Joseph R. Franks, 460 Briarwood Dr., Suite 505, Jackson, MS 39206-3057 |
| sp | + | S. Everett Pepper, 460 Briarwood Dr Suite 420, Jackson, MS 39206-3051 |
| cr | + | Wells Fargo Bank, N.A, SHAPIRO & BROWN LLC, 1080 RIVER OAKS DRIVE, SUITE B-202, FLOWOOD, MS 39232-7603 |
| cr | + | Wells Fargo Bank, N.A., as Trustee for Park Place, c/o Shapiro & Brown, LLP, 1080 RIVER OAKS DRIVE, SUITE B-202, FLOWOOD, MS 39232-7603 |
| 4867303 | + | Bradley P Jones, Shapiro & Brown, LLC Attorney for, Wells Fargo Bank, N.A, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 4851587 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 4851590 | + | LVNV Funding, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 4851592 | + | Mississippi Public Employees Credit Union, MS Public Employees CU, 613 S West St, Jackson, MS 39201-5506 |
| 4851597 | + | SRA, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 4851595 | + | Shapiro & Brown, LLC, 1080 River Oaks Dr, Ste B-202, Flowood, MS 39232-7603 |
| 4851598 | + | Tri-County Pulmonary, 2506 Lakeland Dr, Flowood, MS 39232-7640 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 15 2025 23:30:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | EDI: LCIPHHMRGT | Sep 15 2025 23:30:00 | PHH Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 2460, West Palm Beach, FL 33416-4605 |
| cr | + | EDI: LCIPHHMRGT | Sep 15 2025 23:30:00 | PHH Mortgage Corporation, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 4884354 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2025 19:39:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4851586 | | EDI: CAPITALONE.COM | Sep 15 2025 23:30:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 4851588 | | EDI: PHINAMERI.COM | Sep 15 2025 23:30:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4851589 | | Email/Text: reports@halstedfinancial.com | Sep 15 2025 19:32:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 4856403 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2025 19:39:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4851591 | + | Email/Text: mmrgbk@miramedrg.com | Sep 15 2025 19:32:00 | Miramed Revenue Group, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 4851593 | + | EDI: LCIPHHMRGT | Sep 15 2025 23:30:00 | PHH Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 4851594 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 15 2025 19:32:00 | Santander Consumer USA Inc, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 4851596 | + | Email/Text: Tracey@sra-inc.net | Sep 15 2025 19:32:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 4851599 | + | Email/Text: Bankruptcies@umc.edu | Sep 15 2025 19:32:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4893427 | | EDI: LCIPHHMRGT | Sep 15 2025 23:30:00 | Wells Fargo Bank, N.A., as Trustee for Park, Place Securities, Inc Asset-Backed, PHH MORTGAGE Attn:Bankruptcy Department, PO BOX 24605, WEST PALM BEACH,FL 33416-4605 |
| 4885017 | | EDI: LCIPHHMRGT | Sep 15 2025 23:30:00 | Wells Fargo Bank, N.A., as Trustee for Park Place, PHH Mortgage, Attn: Bankruptcy Departmen, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation as servicer for Wells Far |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor Wells Fargo Bank N.A msbankruptcy@logs.com |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A logsecf@logs.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| Eric C Miller | on behalf of Creditor PHH Mortgage Corporation as servicer for Wells Fargo Bank N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2 logsecf@logs.com |
| J. Gary Massey | on behalf of Creditor Wells Fargo Bank N.A MSBankruptcy@LOGS.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 15, 2025 | Form ID: 3180W | Total Noticed: 27 |

Joseph Rodney Franks
    on behalf of Debtor Alice Gwendolyn Woods jfranks@thefrankslawfirm.com cmcdonald@thefrankslawfirm.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Alice Gwendolyn Woods trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Alice Gwendolyn Woods** | Social Security number or ITIN | xxx–xx–0339 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   20–00647–JAW | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Alice Gwendolyn Woods**
aka A G Woods, aka Gwendolyn Alice Woods, fka Alice Gwendolyn Winters–Woods, fka A Gwendolyn Winters

Dated: 9/15/25

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

| | | |
|---|---|---|
| Form 3180W | **Chapter 13 Discharge** | page 1 |

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**